UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | ) | MISC. NO.: 3:07MC 138-R |
| OF THE UNITED STATES OF AMERICA | ) | |
| FOR AN ORDER AUTHORIZING THE | ) | |
| INSTALLATION AND USE OF A PEN | ) | <u>ORDER TO UNSEAL</u> |
| REGISTER AND TRAP AND TRACE | ) | |
| DEVICE FOR TELEPHONE NUMBERS | ) | |
| (704) 460-0648, (704) 827-6235, | ) | |
| (910) 538-6966, (704) 674-1267. | | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the United States Application for Pen Register and Trap and Trace Device and any related Court Orders issued thereto be unsealed,

**IT IS HEREBY ORDERED** that the foregoing materials be unsealed.

This the 20th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE